IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FERNANDO VERDE, *et al*. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 6:14-CV-157-MHS-KNM |
| STONERIDGE, INC., *et al*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant Arrow Manufacturing Co.'s Motion to Dismiss Cross-Plaintiffs' Cross-Claim for Lack of Personal Jurisdiction (Docket No. 136) has been presented for consideration. The Report and Recommendation (Docket No. 204) recommends that Defendant's Motion to Dismiss be denied. Defendant Arrow Manufacturing Co. filed written objections to the Report and Recommendation on July 10, 2015.

Having made a *de novo* review of the written objections filed by Defendant, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. In light of the foregoing, it is

**ORDERED** that Defendant Arrow Manufacturing Co.'s Motion to Dismiss Cross-Plaintiffs' Cross-Claim for Lack of Personal Jurisdiction (Docket No. 136) is **DENIED**.

SIGNED this 29th day of September, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE